Travis B. Lucia, Esq., Nev. Bar No. 11188
travis.lucia@washoeschools.net
Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL KUENNEN, an individual; MERSIHA KUENNEN, an individual; E.K., an individual;<br><br>     Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT; JOE ERNST, WASHOE COUNTY SUPERINTENDENT; SPANISH SPRINGS ELEMENTARY SCHOOL; REBECCA QUINN; WASHOE COUNTY SCHOOL DISTRICT POLICE DEPRARTMENT; JEREMY BACKMAN; DOES 1 — 10; and ROE CORPORATIONS I — X, inclusive;<br><br>     Defendants.<br>_____/ | CASE NO.: 3:26-cv-00072-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendants Washoe County School District (District), Spanish Springs Elementary School, Joe Ernst, Rebecca Quinn, Washoe County School District Police Department and Jeremy Backman and Plaintiffs Maxwell Kuennen, an individual; Mersiha Kuennen, an individual; E.K., an individual (Plaintiffs), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1

Civil Local Rule IA 6-1, to extend the deadline for all named Defendants' answer or response to Plaintiffs' Complaint [ECF No. 1] to 21-days from the date the last served Defendant received service, *i.e.*, to **Friday, April 17, 2026**. This Stipulation is based on the following:

1.    Defendants District, Ernst, Spanish Springs Elementary School, Defendant Quinn and Washoe County School District Police Department agree to accept electronic service of the January 30, 2026 Complaint and Jury Demand (Complaint; ECF No. 1) on Friday, March 27, 2026.

2.    Defendant Backman was served with the Complaint on March 25, 2026.

3.    For efficiency and in order to align deadlines and preserve resources of the Parties, the Parties stipulate and agree that it is in their mutual best interest to extend the deadline for the all named Defendants' answer or response to Plaintiffs' Complaint to 21-days from the date the last served Defendant received service, *i.e.*, to **Friday, April 17, 2026**.

4.    This Stipulation is made in good faith and is not for the purposes of delay.

5.    This is the Parties' first request for an extension to respond to the Complaint.

DATED this 1st day of April, 2026.

DATED this 1st day of April, 2026.

HAMILTON LAW

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/Ryan A. Hamilton, Esq.
    Ryan A. Hamilton, Esq.
    Ryan@HamLegal.com
    5125 S. Durango Drive
    Las Vegas, NV 89113
    Attorney for Plaintiffs

By: /s/Travis B. Lucia, Esq.
    Travis B. Lucia, Esq.
    travis.lucia@washoeschools.net
    Andrea L. Schulewitch, Esq.
    andrea.schulewitch@washoeschools.net
    Sara K. Montalvo, Esq.
    sara.montavlo@washoeschools.net
    P.O. Box 30425, Reno, NV 89520-3425
    Attorneys for Defendants

IT IS SO ORDERED:

DATED: April 2, 2026

_____
UNITED STATES MAGISTRATE JUDGE

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

2